UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

Tommie Copper, Inc., et al.,

               Plaintiffs,                             20 Civ. 7883 (PMH)(AEK)

   -against-                                      **CANCELLATION ORDER**

Copper Compression, LLC, et al.,

               Defendants.

---------------------------------------------------------------x

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

     In light of the March 15, 2021 order of the Honorable Philip M. Halpern, ECF No. 35, the telephonic settlement conference scheduled for **Wednesday**, **April 14, 2021** at **2:15 p.m.** before Magistrate Judge Krause is hereby **cancelled**.

Dated:  March 16, 2021
           White Plains, New York

                                             **SO ORDERED.**

                                             _____
                                             ANDREW E. KRAUSE
                                             United States Magistrate Judge