# GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP

ATTORNEYS AT LAW | 711 THIRD AVENUE., NEW YORK, NY 10017-4014
T (212) 907-7300 | F (212) 754-0330 | WWW.GOLENBOCK.COM

DIRECT DIAL NO.: (212) 907-7341
DIRECT FAX NO.: (212) 754-0330
EMAIL ADDRESS: PRICARDO@GOLENBOCK.COM

> Application granted. Revised stipulation due 4/11/2022.
>
> SO ORDERED.
>
> _(signature)_
>
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> April 6, 2022

**VIA ECF**

The Honorable Philip M. Halpern
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    Tommie Copper, Inc. and Tommie Copper IP, Inc. v. Tommie Copper, Copper Compression LLC and Copper Compression Brands LLC; Case No. 7:20-cv-07883-PMH, Request for Extension of Deadline

Dear Judge Halpern:

    This firm represents Plaintiffs Tommie Copper, Inc. and Tommie Copper IP, Inc. ("Plaintiffs") in the above-captioned civil matter, which asserts Lanham Act and related claims arising from the alleged intentional misappropriation by Defendants Copper Compression LLC and Copper Compression Brands LLC ("Defendants") of Plaintiffs' trademarks. On behalf of Plaintiffs, and with Defendants' consent, I write pursuant to Your Honor's Individual Practices in Civil Cases 1(C) to request an extension of the time for Plaintiffs to file a revised Stipulated Order of Dismissal with Prejudice in accordance with the Court's Order. (Dkt. #85.)

    On March 28, 2022, Plaintiffs filed a Stipulated Order of Dismissal with Prejudice (the "Stipulation"). (Dkt. #84.). On March 29, 2022, the Court entered an Order declining to so-order the Stipulation because (i) the Stipulation references the Court's continuing jurisdiction over an agreement that has not been submitted for the Court's review and approval, and (ii) does not indicate the parties' intentions with respect to the extant counterclaims. (Dkt. #85.) The Court directed the parties to file a revised Stipulation in accordance with the Order by April 5, 2022.

    So that the parties can discuss changes to their Confidential Settlement Agreement necessitated by the Court's Order, the parties respectfully request that parties' <u>deadline</u> for filing

3999679.1

Hon. Phillip M. Halpern
April 5, 2022
Page 2

a revised Stipulation be extended to April 11, 2022.

    No prior requests for such an extension of time have been made, and no prejudice will accrue to either party as a result of the requested extension. The parties ask that the Court exercise its discretion in favor of accepting and granting the request.

    We thank the Court for its attention to this matter.

    Sincerely,

    GOLENBOCK EISEMAN ASSOR BELL
      & PESKOE LLP


    /s/ S. Preston Ricardo
    S. Preston Ricardo


cc:    Counsel for Defendants (via ECF)

3999679.1